# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-16155 |
| | § | |
| MICHAEL WEILERT | § | |
| GENEVIEVE M. DE MONTREMARE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

James E. Salven, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $11,068,372.00 | Assets Exempt: | $841,339.00 |
| Total Distributions to Claimants: | $2,206,136.49 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $695,592.74 | | |

3)        Total gross receipts of $2,901,729.23 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,901,729.23 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,334,591.00 | $2,687,788.30 | $1,283,048.03 | $1,280,403.03 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $695,591.75 | $695,592.74 | $695,592.74 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,150.70 | $1,035.70 | $1,035.70 |
| General Unsecured Claims (from **Exhibit 7**) | $8,426,465.19 | $1,223,153.69 | $922,052.76 | $922,052.76 |
| **Total Disbursements** | $10,761,056.19 | $4,609,284.44 | $2,901,729.23 | $2,901,729.23 |

4). This case was originally filed under chapter 7 on 09/13/2013. The case was pending for 63 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/21/2018</u>        By:   <u>/s/ James E. Salven</u>
                                       Trustee

**721-13-16155 Weilert TDR Salven**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 332 Falcon Crest Dr., Arroyo Grande, CA (rents collected by property manager) | 1110-000 | $840,000.00 |
| 9049 E. Shaw Ave., Clovis | 1110-000 | $850,000.00 |
| Sierra Pathology Building, LLC - 1/9th partjership interest (negative casdh flow) | 1110-000 | $220,000.00 |
| Shaw Ave. rents | 1122-000 | $2,000.00 |
| Atlas Movers-Deposit | 1129-000 | $18,900.00 |
| Endless Pools, Inc.-deposti | 1129-000 | $18,900.00 |
| Michael Weilert, MD Inc - 100% shares of medical corp which owns partnership interest in Pathology Associates, vehicles, | 1149-000 | $496,561.42 |
| Arroyo Grande- rents | 1222-000 | $29,517.81 |
| Compromise Settlement | 1249-000 | $25,850.00 |
| Malpractice Claim against former counsel Wild Carter | 1249-000 | $400,000.00 |
| **TOTAL GROSS RECEIPTS** | | $2,901,729.23 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | California Bank and Trust | 4110-000 | $102,000.00 | $100,799.27 | $117,951.72 | $117,951.72 |
| 12 | James P. Erb | 4700-000 | $0.00 | $4,584.28 | $2,057.31 | $2,057.31 |
| 13 | Falcon Ridge Estates Homeowners Assn. | 4210-000 | $0.00 | $265.50 | $2,645.00 | $0.00 |
| 14 | Fresno County Tax Collector | 4700-000 | $0.00 | $4,532.76 | $3,423.81 | $3,423.81 |
| 99 | Bank of America Home Mortgage | 4110-000 | $389,791.00 | $413,065.49 | $413,065.49 | $413,065.49 |
| | Brian L. Gwartz and Cheryl A. Skigin Co trustees of the Pendragon Trus | 4120-000 | $1,553,800.00 | $2,164,541.00 | $743,904.70 | $490,000.00 |
| | M&T Bank | 4110-000 | $289,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,334,591.00 | $2,687,788.30 | $1,283,048.03 | $1,026,498.33 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James E. Salven, Trustee | 2100-000 | NA | $110,301.88 | $110,301.88 | $110,301.88 |
| James E. Salven, Trustee | 2200-000 | NA | $2,059.52 | $2,059.52 | $2,059.52 |
| International Sureties, LTD | 2300-000 | NA | $1,463.16 | $1,463.16 | $1,463.16 |
| 3 months landscaping/irrig. repairs. | 2420-000 | NA | $987.00 | $987.00 | $987.00 |
| California Secretary of State | 2420-000 | NA | $30.00 | $30.00 | $30.00 |
| Garcia Landscaping | 2420-000 | NA | $840.00 | $840.00 | $840.00 |
| Garcia Landscaping- irrig. repair | 2420-000 | NA | $342.00 | $342.00 | $342.00 |
| Landscaping | 2420-000 | NA | $840.00 | $840.00 | $840.00 |
| Management fees | 2420-000 | NA | $223.60 | $223.60 | $223.60 |
| Mgt. fee | 2420-000 | NA | $223.60 | $223.60 | $223.60 |
| Pest control | 2420-000 | NA | $52.00 | $52.00 | $52.00 |
| Pest Control-$52.00 | 2420-000 | NA | $52.00 | $52.00 | $52.00 |
| Pest/Rat control | 2420-000 | NA | $104.00 | $104.00 | $104.00 |
| Pope Mgmt. | 2420-000 | NA | $191.60 | $191.60 | $191.60 |
| Pope Property Mgt. | 2420-000 | NA | $415.20 | $415.20 | $415.20 |
| Pope Property Mgt. fee | 2420-000 | NA | $191.60 | $191.60 | $191.60 |
| Pope property mgt. fees | 2420-000 | NA | $303.94 | $303.94 | $303.94 |
| Rat control | 2420-000 | NA | $52.00 | $52.00 | $52.00 |
| Sierra Pathology Building, LLC | 2420-000 | NA | $4,416.00 | $4,416.00 | $4,416.00 |
| White Flag Pest control | 2420-000 | NA | $156.00 | $156.00 | $156.00 |
| Yeates & Mendoza Roofing for roofing repairs/materials. | 2420-000 | NA | $1,410.00 | $1,410.00 | $1,410.00 |
| Pope Property Mgt. fees | 2420-750 | NA | $191.60 | $191.60 | $191.60 |
| Fidelity National Title Co. | 2500-000 | NA | $510.00 | $510.00 | $510.00 |
| misc closing costs | 2500-000 | NA | $864.95 | $864.95 | $864.95 |
| title and escrow fees | 2500-000 | NA | $8,693.75 | $8,693.75 | $8,693.75 |
| Integrity Bank | 2600-000 | NA | $50,332.67 | $50,332.67 | $50,332.67 |
| FRANCHISE TAX | 2820-000 | NA | $5,201.76 | $5,201.76 | $5,201.76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BOARD | | | | | | |
| PETER L. FEAR, Attorney for Trustee | 3210-000 | NA | $166,059.00 | $166,059.00 | $166,059.00 |
| Daniel B. Spitzer, Special Counsel for Trustee | 3210-600 | NA | $190,961.91 | $190,961.91 | $190,961.91 |
| PETER L. FEAR, Attorney for Trustee | 3220-000 | NA | $5,264.59 | $5,265.58 | $5,265.58 |
| Daniel B. Spitzer, Special Counsel for Trustee | 3220-610 | NA | $18,076.18 | $18,076.18 | $18,076.18 |
| CHRIS RATZLAFF, Accountant for Trustee | 3410-000 | NA | $23,337.00 | $23,337.00 | $23,337.00 |
| CHRIS RATZLAFF, Accountant for Trustee | 3420-000 | NA | $43.24 | $43.24 | $43.24 |
| approved commission, Realtor for Trustee | 3510-000 | NA | $101,400.00 | $101,400.00 | $101,400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $695,591.75 | $695,592.74 | $695,592.74 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | STATE BOARD OF EQUALIZATION | 5800-000 | $0.00 | $350.70 | $235.70 | $235.70 |
| 4 | Employment Development Department | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $800.00 | $800.00 | $800.00 |
| | California Attorney General | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Securities & Exchange Commission | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United States Attorney (IRS Division) | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,150.70 | $1,035.70 | $1,035.70 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2a | STATE BOARD OF EQUALIZATIO N | 7300-000 | $0.00 | $12.07 | $0.00 | $0.00 |
| 3 | Baker Manock & Jensen PC | 7100-000 | $0.00 | $50,543.82 | $0.00 | $0.00 |
| 6 | Wild, Carter & Tipton | 7100-000 | $201,105.00 | $250,000.00 | $0.00 | $0.00 |
| 7a | Brian L. Gwartz and Cheryl A. Skigin Co trustees of the Pendragon Trus | 7100-000 | $1,553,800.00 | $871,183.94 | $871,183.94 | $871,183.94 |
| 8 | Brian L. Gwartz | 7100-000 | $1,553,800.00 | $50,543.82 | $50,543.82 | $50,543.82 |
| 9 | Office of the United States Trustee | 7100-000 | $0.00 | $325.00 | $325.00 | $325.00 |
| 11a | FRANCHISE TAX BOARD | 7300-000 | $0.00 | $545.04 | $0.00 | $0.00 |
|  | Acura Financial Services | 7100-000 | $7,263.19 | $0.00 | $0.00 | $0.00 |
|  | American Express | 7100-000 | $8,000.00 | $0.00 | $0.00 | $0.00 |
|  | Arthur Galindo, dba Art's Welding | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Baorong Chen, M.D. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bill Eads | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bob Huddard Horse Tranportation, | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Born, Pape & Shewan | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bryan Garner | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Bryan Garner Construction & Dev. Co. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Central Valley Concrete | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Chery Skigin, Trustee, Pendragon | 7100-000 | $1,553,800.00 | $0.00 | $0.00 | $0.00 |
|  | Clarke T. Harding, M.D. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Coleman & Horowitt | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Dania Alvarenga | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| David L. Slater, M.D. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| David Sanchez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dinuba House Movers, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dodson Brothers Roofing, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dowling Aaron and Keeler | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Dowling Aaron, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Free Market Medical Systems, Inc. | 7100-000 | $323,821.00 | $0.00 | $0.00 | $0.00 |
| Gordon Honda, M.D. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| House Movers, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Jacobson, Hansen | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| John S. Pollard, M.D. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Office of Daniel B. Spitzer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lydia Garcia | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| M & G Weilert Family L.P. | 7100-000 | $46,620.00 | $0.00 | $0.00 | $0.00 |
| Menekshe Law Firm | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Michelle Eads | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Moore Grider | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Osman & Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pathology Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Patricia Tam Ellis | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Paul H. Atmajian | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pendragon Trust | 7100-000 | $1,553,800.00 | $0.00 | $0.00 | $0.00 |
| Pyle, Sims, Duncan & Stevenson, APC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Robert M. Futoran, M.D. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sierra Pathology Building, LLC | 7100-000 | $70,656.00 | $0.00 | $0.00 | $0.00 |
| Small Business Administration | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Stephen M. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Avalos, M.D. | | | | | |
| | Wild, Carter & Tipton | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | William C. Pitts, M.D. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $6,872,665.19 | $1,223,153.69 | $922,052.76 | $922,052.76 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1　　　　Exhibit 8

| | |
|---|---|
| Case No.: | 13-16155-B-7 |
| Case Name: | WEILERT, MICHAEL AND DE MONTREMARE, GENEVIEVE M. |
| For the Period Ending: | 12/21/2018 |

| | |
|---|---|
| Trustee Name: | James E. Salven |
| Date Filed (f) or Converted (c): | 09/13/2013 (f) |
| §341(a) Meeting Date: | 10/24/2013 |
| Claims Bar Date: | 01/30/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 8404 N. Marion Ave Clovis, CA | $429,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | debtors' motion to abandon was denied without prejudice. property is, in estate's opinion, over encumbered | | | | | |
| 2 | Cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Checking (-87170 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Preferred checking (-5839) | $0.00 | $0.00 | | $0.00 | FA |
| 5 | household Goods & Furnishings | $5,000.00 | $0.00 | | $0.00 | FA |
| 6 | Art, Books, etc. | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 7 | Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | Jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | Term Policies | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Sporting Equipment | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 11 | whole Life Insurance | $500.00 | $0.00 | | $0.00 | FA |
| 12 | Vanguard-IRA(W) | $10,600.00 | $0.00 | | $0.00 | FA |
| 13 | Charles Schwab IRA(W) | $6,000.00 | $0.00 | | $0.00 | FA |
| 14 | Charles Schwab IRA(x3)(H) | $89,355.00 | $0.00 | | $0.00 | FA |
| 15 | Millenium trust Co.IRA(H) | $35,000.00 | $0.00 | | $0.00 | FA |
| 16 | Pathology associates 401(k)(H) | $538,407.00 | $28,407.00 | | $0.00 | FA |
| **Asset Notes:** | settlement of issues pending | | | | | |
| 17 | Belle Reve, LLC-100%interest | $6,300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | judgment lien of Peddraggon | | | | | |
| 18 | M & G wellert Family Limited Partnership | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:** | lien in question; case merged into individual | | | | | |
| 19 | Office equipment and furnishings | $1,600.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | judgment lien of Peddraggon | | | | | |
| 20 | Lydla Garcia (uncollectible) | Unknown | $0.00 | | $0.00 | FA |
| 21 | Growing crops belong to bella reve, LLC | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | judgment lien of Peddraggon | | | | | |
| 22 | Personal loan to james and lorraine paradinovich (uncollectable/in default) | $102,000.00 | $2,001.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  2    Exhibit 8

| Case No.: | 13-16155-B-7 | | Trustee Name: | James E. Salven |
| Case Name: | WEILERT, MICHAEL  AND DE MONTREMARE, GENEVIEVE M. | | Date Filed (f) or Converted (c): | 09/13/2013 (f) |
| For the Period Ending: | 12/21/2018 | | §341(a) Meeting Date: | 10/24/2013 |
| | | | Claims Bar Date: | 01/30/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:**    value in question | | | | | |
| **Ref. #** | | | | | |
| 23  Endless Pools, Inc.-deposti | $21,000.00 | $18,900.00 | | $18,900.00 | FA |
| **Asset Notes:**    contract called for 10% cancellation fee | | | | | |
| 24  Michael Wallert, M.D.,. Inc.- Wages Owed (Priority Amount) | $11,725.00 | $11,725.00 | | $0.00 | FA |
| **Asset Notes:**    claim filed | | | | | |
| 25  Atlas Movers-Deposit | $18,900.00 | $18,900.00 | | $18,900.00 | FA |
| 26  michael wellert, M.D., Inc.-non-Priority Wage Claims, Loans, rents | $156,480.00 | $156,480.00 | | $0.00 | FA |
| **Asset Notes:**    claim filed | | | | | |
| 27  American express Points -32,000 | $325.00 | $325.00 | | $0.00 | FA |
| 28  the Madonna Della Pieta Trust is a revocable estate planning trust holding title to debotors residence | $0.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:**    value in question, given pendraggon judgment | | | | | |
| 29  Claim against trustees of pendragon Trust for Contractual interference. | $5,200,000.00 | $2,001.00 | | $0.00 | FA |
| **Asset Notes:**    value in question-not deemed worth pursuit | | | | | |
| 30  Medical License-no Value | $0.00 | $0.00 | | $0.00 | FA |
| 31  1995 Misubshi 3000 GT | $12,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**    subject to pendragon and Wild Carter liens | | | | | |
| 32  1978 Cadiliac Eldorado | $3,500.00 | $600.00 | | $0.00 | FA |
| 33  Tax Refund                                      (u) | $0.00 | $2,001.00 | | $0.00 | FA |
| **Asset Notes:**    none anticipated | | | | | |
| 34  Three First Class tickets to England(purchased 08/13)                             (u) | $15,813.00 | $15,813.00 | | $0.00 | FA |
| **Asset Notes:**    purchased pre petition and not disclosed      not worth pursuit | | | | | |
| 35  9049 E. Shaw Ave., Clovis | $310,000.00 | $208,761.00 | | $850,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3          Exhibit 8

| Case No.: | 13-16155-B-7 | | Trustee Name: | James E. Salven |
| Case Name: | WEILERT, MICHAEL AND DE MONTREMARE, GENEVIEVE M. | | Date Filed (f) or Converted (c): | 09/13/2013 (f) |
| For the Period Ending: | 12/21/2018 | | §341(a) Meeting Date: | 10/24/2013 |
| | | | Claims Bar Date: | 01/30/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 36 | 332 Falcon Crest Dr., Arroyo Grande, CA (rents collected by property manager) | $746,000.00 | $425,000.00 | | $840,000.00 | FA |
| Asset Notes: | loan # 228536678 | | | | | |
| 37 | Wells Fargo checking (DIP) | $0.00 | $0.00 | | $0.00 | FA |
| 38 | Schwab Brokerage Account | $2.00 | $2.00 | | $0.00 | FA |
| 39 | Michael Weilert, MD Inc - 100% shares of medical corp which owns partnership interest in Pathology Associates, vehicles, laser | $325,000.00 | $0.00 | | $496,561.42 | FA |
| Asset Notes: | judgment lien of Peddraggon-awaiting Hawkins estate closing see asset 16 | | | | | |
| 40 | Sierra Pathology Building, LLC - 1/9th partjership interest (negative casdh flow) | $0.00 | $220,000.00 | | $220,000.00 | FA |
| Asset Notes: | sale motion approved | | | | | |
| 41 | Free Market Medical Systems LLC - 6% interest in LLC | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | no value worth pursuit-judgment lien of Peddraggon | | | | | |
| 42 | Accrued Rents - Shaw Avenue (Amy Cook, tenant | $21,000.00 | $21,000.00 | | $0.00 | FA |
| Asset Notes: | not worth pursuit | | | | | |
| 43 | Michael Weilert, MD - advance | $40,000.00 | $40,000.00 | | $0.00 | FA |
| Asset Notes: | claim filed | | | | | |
| 44 | Michael Weilert, MD - Loan | $6,620.00 | $6,620.00 | | $0.00 | FA |
| 45 | Claims against Trustees of Pendragon Trust for Contractual Interference | $5,200,000.00 | $2,001.00 | | $0.00 | FA |
| Asset Notes: | of questionable value-not worth pursuit | | | | | |
| 46 | Shaw Ave. rents | $0.00 | $10,000.00 | | $2,000.00 | FA |
| 47 | Arroyo Grande- rents          (u) | $0.00 | $25,000.00 | | $29,517.81 | FA |
| 48 | Contractor deposit          (u) | $8,000.00 | $8,000.00 | | | FA |
| Asset Notes: | not worth pursuit | | | | | |
| 49 | boe refund | $0.00 | $115.00 | | $0.00 | FA |
| Asset Notes: | recd check from boe ????? | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  4    Exhibit 8

| | |
|---|---|
| **Case No.:** | 13-16155-B-7 |
| **Case Name:** | WEILERT, MICHAEL  AND DE MONTREMARE, GENEVIEVE M. |
| **For the Period Ending:** | 12/21/2018 |

| | |
|---|---|
| **Trustee Name:** | James E. Salven |
| **Date Filed (f) or Converted (c):** | 09/13/2013 (f) |
| **§341(a) Meeting Date:** | 10/24/2013 |
| **Claims Bar Date:** | 01/30/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 50 | Options Express IRA | $4,984.00 | $0.00 | | $0.00 | FA |
| 51 | Malpractice Claim against former counsel Wild Carter **(u)** | $0.00 | $400,000.00 | | $400,000.00 | FA |
| **Asset Notes:** | involves all assets/claims involving Pendaragon settled at mediation on 02/20/18 | | | | | |
| 52 | Wire tsf to Ingrid Ericsdotter(in Sweden) to investigate **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | investigated and not deemed worth pursuit | | | | | |
| 53 | Compromise Settlement **(u)** | $0.00 | $25,850.00 | | $25,850.00 | FA |

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $13,330,611.00 | $1,653,003.00 | | $2,901,729.23 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/30/2018 | State filed claim for 12/17 and 12/18 for family psp lp tax; however, lp was cancelled 12/15 |
| | working with State to withdaw or will need to object. |
| 06/01/2018 | need fee apps and final tax return |
| 05/31/2018 | settlement approved |
| | Special Counsel Fees approved. |
| | all other issues resolved. |
| | when funds received case will be ready to close |
| 05/07/2018 | lawsuit settled at mediation |
| | waiting on compromise approval then close |
| 01/23/2018 | tied to case 13-16156 by the Court's substantially consolidating the two cases. |
| | Main Weilert case is involved in protracted legal malpractice case. Another mediation round is being set for March 2018 and we believe will settle. |
| | their last offer was $250k and ours was 1.4 million |
| 12/05/2017 | Appeal to State Supreme ct filed |
| 09/24/2017 | lost, in State court, the issue of who holds privilige. effect on underlying case being evaluated |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    5          Exhibit 8

| Case No.: | 13-16155-B-7 | Trustee Name: | James E. Salven |
|---|---|---|---|
| Case Name: | WEILERT, MICHAEL  AND DE MONTREMARE, GENEVIEVE M. | Date Filed (f) or Converted (c): | 09/13/2013 (f) |
| For the Period Ending: | 12/21/2018 | §341(a) Meeting Date: | 10/24/2013 |
| | | Claims Bar Date: | 01/30/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 07/18/2017 | called Dr. Weilert and advised him I had talked with his accountant. | | | | | |
| | Also, asked when would sent money Judge told him to pay | | | | | |
| | He said he would ask accountant what his options were. | | | | | |
| 07/13/2017 | Dr Weilert ordered to pay balance of $25,800 | | | | | |
| | Sanctions granted-hearing to be held | | | | | |
| | only other issue is wild carter litigation | | | | | |
| 05/24/2017 | Dr. Weilert phone 908-5173 | | | | | |
| 12/31/2016 | attempts by Wild Carter to disqualify special counsel denied in 11/16 | | | | | |
| | litigation being pursued | | | | | |
| 09/30/2016 | pending litigation over malpractice claim-State Court | | | | | |
| | pending motions by wild carter to disqualify special counsel | | | | | |
| 06/30/2016 | 2nd quarterly review 2016-only remaining issue is malpractice claim against former counsel | | | | | |
| 05/27/2016 | weilert v wild carter litigation proceeding(slowly) | | | | | |
| | defendant to move to disqual special counsel | | | | | |
| 04/10/2016 | awaiting funds from Inc. case and then will move for interim distribution | | | | | |
| 02/29/2016 | L. A. mediation a complete waste of time | | | | | |
| 02/15/2016 | Dr. Weilert discharge denied | | | | | |
| | Mrs. Weilert dismissed from discharge denial suit | | | | | |
| 02/15/2016 | need motion to pay State tax on family psp | | | | | |
| 09/30/2015 | airline tickets not worth pursuit. Remaining issues | | | | | |
| | *settlement funds(25k) not paid; | | | | | |
| | *issues with funds(8k) to contractor; | | | | | |
| | *funds pending(500k+/-) from Inc.; and, | | | | | |
| | *malpractice case filed versus Wild Carter | | | | | |
| 12/22/2014 | remaining issues | | | | | |
| | *airline tickets-asked estate counsel to assist | | | | | |
| | *contractor deposit(cashed in by debtor)-asked estate atty to  demand turnover | | | | | |
| | *objection to exempt-circulating settlement | | | | | |
| | *MD inc wage claim-awaiting admin of Hawkins estate | | | | | |
| | *MD inc losn claim-awaiting admin of Hawkins estate | | | | | |
| | *Sierra Pathology building sale approved-awaiting funds | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 13-16155-B-7 | |
| **Case Name:** | WEILERT, MICHAEL  AND DE MONTREMARE, GENEVIEVE M. | |
| **For the Period Ending:** | 12/21/2018 | |

| | |
|---|---|
| **Trustee Name:** | James E. Salven |
| **Date Filed (f) or Converted (c):** | 09/13/2013 (f) |
| **§341(a) Meeting Date:** | 10/24/2013 |
| **Claims Bar Date:** | 01/30/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** **(Scheduled and** **Unscheduled (u) Property)** | **Petition/** **Unscheduled** **Value** | **Estimated Net Value** **(Value Determined by** **Trustee,** **Less Liens, Exemptions,** **and Other Costs)** | **Property** **Abandoned** **OA =§ 554(a) abandon.** | **Sales/Funds** **Received by** **the Estate** | **Asset Fully Administered (FA)/** **Gross Value of Remaining Assets** |

09/30/2014   remaining issues are sale of interest in building(Judge has asked for SPECIFIC tax result); attempts to get unused airline tickets refunded; and, objection to exemptions

07/07/2014   BofA trustee hot line 1-855-235-6145

10/31/2013   wage claim in corp case 13-16062; invest refundability of deposits; n/r corp; FLP; corp?; tax refunds

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2016 | **Current Projected Date Of Final Report (TFR):** | 12/31/2018 |

/s/ JAMES E. SALVEN

JAMES E. SALVEN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-16155-B-7 | **Trustee Name:** James E. Salven |
| **Case Name:** | WEILERT, MICHAEL AND DE MONTREMARE, GENEVIEVE M. | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***1651 | **Checking Acct #:** ******6155 |
| **Co-Debtor Taxpayer ID #:** | **-***1652 | **Account Title:** |
| **For Period Beginning:** | 9/13/2013 | **Blanket bond (per case limit):** $1,000,000.00 |
| **For Period Ending:** | 12/21/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/24/2014 | (25) | ATLAS VAN LINES INTERNATIONAL | Debtors' deposit to Atlas Van Lines for moving expenses. Made prior to filing bankruptcy. | 1129-000 | $18,900.00 | | $18,900.00 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.96 | $18,898.04 |
| 02/27/2014 | | JAMES SALVEN on behalf of M&G WEILERT | transfer of funds from Weilert Family Limited Psp-cases consolidated | 9999-000 | $15,152.01 | | $34,050.05 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $27.53 | $34,022.52 |
| 03/17/2014 | | FIDELITY NATIONAL TITLE CO. | Court approved sale of RP 9049 E. Shaw Ave. | * | $672,959.62 | | $706,982.14 |
| | {35} | | Gross Sales price                $850,000.00 | 1110-000 | | | $706,982.14 |
| | | | approved commission              $(51,000.00) | 3510-000 | | | $706,982.14 |
| | | | first deed of trust plus          $(117,951.72) costs | 4110-000 | | | $706,982.14 |
| | | | real estate taxes                 $(3,423.81) | 4700-000 | | | $706,982.14 |
| | | | title and escrow fees             $(4,488.90) | 2500-000 | | | $706,982.14 |
| | | | misc closing costs                $(175.95) | 2500-000 | | | $706,982.14 |
| 03/18/2014 | | Transfer From: #*******6156 | in wrong account | 9999-000 | $899.40 | | $707,881.54 |
| 03/31/2014 | (23) | EPI DIRECT, INC. | refund pool deposit | 1129-000 | $18,900.00 | | $726,781.54 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $474.17 | $726,307.37 |
| 04/17/2014 | | POPE | Rents | * | $1,809.40 | | $728,116.77 |
| | {47} | | Rent reduction due to house showings while on the market.        $2,395.00 | 1222-000 | | | $728,116.77 |
| | | | Pope Property Mgt. fee            $(191.60) | 2420-000 | | | $728,116.77 |
| | | | White Flag Pest Control           $(52.00) | 2420-000 | | | $728,116.77 |
| | | | Garcia Landscaping-irrig.         $(342.00) repair | 2420-000 | | | $728,116.77 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,132.67 | $726,984.10 |
| 05/13/2014 | | POPE MANAGEMENT | Rent reduction due to house showings while on the market. | * | $1,993.40 | | $728,977.50 |
| | {47} | | Rent                             $2,395.00 | 1222-000 | | | $728,977.50 |
| | | | Garcia Landscaping               $(210.00) | 2420-000 | | | $728,977.50 |
| | | | Pope Property Mgt.               $(191.60) | 2420-000 | | | $728,977.50 |
| 05/21/2014 | 5001 | Fidelity National Title Co. | HOA docs | 2500-000 | | $510.00 | $728,467.50 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,173.69 | $727,293.81 |
| 06/09/2014 | | POPE MANAGEMENT | Rent reduction due to house showings while on the market | * | $1,941.40 | | $729,235.21 |
| | {47} | | Rent                             $2,395.00 | 1222-000 | | | $729,235.21 |
| | | | Pope Mgmt.                       $(191.60) | 2420-000 | | | $729,235.21 |
| | | | Garcia Landscaping               $(210.00) | 2420-000 | | | $729,235.21 |
| | | | White Flag pest control          $(52.00) | 2420-000 | | | $729,235.21 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,136.75 | $728,098.46 |
| | | | **SUBTOTALS** | | $732,555.23 | $4,456.77 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No. | 13-16155-B-7 | |
| Case Name: | WEILERT, MICHAEL AND DE MONTREMARE, GENEVIEVE M. | |
| Primary Taxpayer ID #: | **-***1651 | |
| Co-Debtor Taxpayer ID #: | **-***1652 | |
| For Period Beginning: | 9/13/2013 | |
| For Period Ending: | 12/21/2018 | |

| | |
|---|---|
| Trustee Name: | James E. Salven |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******6155 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/07/2014 | | POPE MANAGEMENT | Rent reduction due to house showings while on the market | * | $1,164.40 | | $729,262.86 |
| | {47} | | Rent $2,395.00 | 1222-000 | | | $729,262.86 |
| | | | Pope Property Mgt. fees $(191.60) | 2420-750 | | | $729,262.86 |
| | | | Pest Control-$52.00 $(52.00) | 2420-000 | | | $729,262.86 |
| | | | 3 months landscaping/irrig. repairs. $(987.00) | 2420-000 | | | $729,262.86 |
| 07/24/2014 | 5002 | FIDELITY NATIONAL TITLE CO. | Deposit from D. Stream for Falcon Crest Dr. | 1110-000 | ($30,000.00) | | $699,262.86 |
| 07/26/2014 | (36) | STREAM SURVIVOR'S TRUST | deposit for Falcon Crest Dr. | 1110-000 | $30,000.00 | | $729,262.86 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,170.96 | $728,091.90 |
| 08/07/2014 | | POPE MANAGEMENT | Rent rent reduction due to house showings while on the market. | * | $452.01 | | $728,543.91 |
| | {47} | | Rent $1,004.35 | 1222-000 | | | $728,543.91 |
| | | | Pope Property Mgt. fees $(80.34) | 2420-000 | | | $728,543.91 |
| | | | Garcia Landscaping $(420.00) | 2420-000 | | | $728,543.91 |
| | | | White Flag Pest control $(52.00) | 2420-000 | | | $728,543.91 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,174.83 | $727,369.08 |
| 09/22/2014 | | FIDELITY NATIONAL TITLE CO. | Sale proceeds for Falcon Crest Dr., Arroyo Grande | * | $366,938.35 | | $1,094,307.43 |
| | {36} | | Gross Sales Price $840,000.00 | 1110-000 | | | $1,094,307.43 |
| | | | pay first deed of trust $(413,065.49) | 4110-000 | | | $1,094,307.43 |
| | | | approved commission $(50,400.00) | 3510-000 | | | $1,094,307.43 |
| | | | title and escrow fees $(4,204.85) | 2500-000 | | | $1,094,307.43 |
| | | | homeowner's association fees $(2,645.00) | 7100-000 | | | $1,094,307.43 |
| | | | real property taxes $(2,057.31) | 4700-000 | | | $1,094,307.43 |
| | | | misc closing costs $(689.00) | 2500-000 | | | $1,094,307.43 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,249.90 | $1,093,057.53 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,763.03 | $1,091,294.50 |
| 11/04/2014 | (47) | POPE MANAGEMENT | Rents-final distribution from property mgt. co. for rental account. | 1222-000 | $1,468.86 | | $1,092,763.36 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,705.32 | $1,091,058.04 |
| 12/06/2014 | (40) | SIERRA PATHOLOGY BUILDING, LLC | Sale proceeds | 1110-000 | $10,000.00 | | $1,101,058.04 |
| 12/30/2014 | (40) | SIERRA PATHOLOGY BLDG., LLC | Sale proceeds | 1110-000 | $210,000.00 | | $1,311,058.04 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,768.65 | $1,309,289.39 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,100.87 | $1,307,188.52 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,904.37 | $1,305,284.15 |
| 03/18/2015 | 5003 | International Sureties, LTD | Bond Payment | 2300-000 | | $970.70 | $1,304,313.45 |
| | | | **SUBTOTALS** | | $590,023.62 | $13,808.63 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 13-16155-B-7 | Trustee Name: | James E. Salven |
|---|---|---|---|
| Case Name: | WEILERT, MICHAEL, AND DE MONTREMARE, GENEVIEVE M. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1651 | Checking Acct #: | ******6155 |
| Co-Debtor Taxpayer ID #: | **-***1652 | Account Title: | |
| For Period Beginning: | 9/13/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/21/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,104.98 | $1,302,208.47 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,032.62 | $1,300,175.85 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,097.10 | $1,298,078.75 |
| 06/12/2015 | 5004 | Pathology Building, LLC | payment per sales agreement order entered 12/09/14(docket 223). Member costs owing | 2420-003 | | $4,416.00 | $1,293,662.75 |
| 06/16/2015 | 5004 | VOID: Pathology Building, LLC | void | 2420-003 | | ($4,416.00) | $1,298,078.75 |
| 06/16/2015 | 5005 | Sierra Pathology Building, LLC | payment per sales agreement order entered 12/09/14(docket 223). Member costs owing | 2420-003 | | $4,416.00 | $1,293,662.75 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,024.11 | $1,291,638.64 |
| 07/17/2015 | 5006 | PETER L. FEAR | Claim #: ; Distribution Dividend: 100.00; | 3220-000 | | $2,794.05 | $1,288,844.59 |
| 07/17/2015 | 5007 | PETER L. FEAR | Claim #: ; Distribution Dividend: 100.00; | 3210-000 | | $98,498.00 | $1,190,346.59 |
| 07/17/2015 | 5008 | STATE BOARD OF EQUALIZATION | Claim #: 2; Distribution Dividend: 100.00; | 5800-000 | | $350.70 | $1,189,995.89 |
| 07/17/2015 | 5009 | FRANCHISE TAX BOARD | Claim #: 11; Distribution Dividend: 100.00; | 5800-000 | | $800.00 | $1,189,195.89 |
| 07/17/2015 | 5010 | Brian L. Gwartz and Cheryl A. Skigin Co | Claim #: 7; Distribution Dividend: 97.34; | 7100-000 | | $848,039.82 | $341,156.07 |
| 07/17/2015 | 5011 | Brian L. Gwartz | Claim #: 8; Distribution Dividend: 97.34; | 7100-000 | | $49,201.06 | $291,955.01 |
| 07/17/2015 | 5012 | Office of the United States Trustee | Claim #: 9; Distribution Dividend: 97.34; | 7100-000 | | $316.37 | $291,638.64 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2,020.04 | $289,618.60 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,914.92 | $287,703.68 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,242.70 | $286,460.98 |
| 10/27/2015 | | State of California | refund | 5800-000 | | ($115.00) | $286,575.98 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $462.06 | $286,113.92 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $446.59 | $285,667.33 |
| 12/02/2015 | 5013 | California Secretary of State | fee to amend and close out Family Limited partnership | 2420-000 | | $30.00 | $285,637.33 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $460.75 | $285,176.58 |
| 01/12/2016 | 5014 | International Sureties, LTD | Bond Payment | 2300-000 | | $203.55 | $284,973.03 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $459.78 | $284,513.25 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $429.29 | $284,083.96 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $458.21 | $283,625.75 |
| 04/27/2016 | (39) | ROBERT A. HAWKINS | Litigation settlement-money from Hawkins case 13-16062 Weilert MD, inc. closing of corp case remaining funds sent, per final report approved by USTO and court, to individual case | 1149-000 | $496,561.42 | | $780,187.17 |

| | | | | SUBTOTALS | $496,561.42 | $1,020,687.70 | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-16155-B-7 | Trustee Name: | James E. Salven |
|---|---|---|---|
| Case Name: | WEILERT, MICHAEL, AND DE MONTREMARE, GENEVIEVE M. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1651 | Checking Acct #: | ******6155 |
| Co-Debtor Taxpayer ID #: | **-***1652 | Account Title: | |
| For Period Beginning: | 9/13/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/21/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $442.72 | $779,744.45 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,231.84 | $778,512.61 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,215.18 | $777,297.43 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,253.73 | $776,043.70 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,251.70 | $774,792.00 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,209.37 | $773,582.63 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,247.73 | $772,334.90 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,205.54 | $771,129.36 |
| 12/23/2016 | 5015 | PETER L. FEAR | approved docket 545 | 3210-000 | | $30,136.00 | $740,993.36 |
| 12/23/2016 | 5016 | PETER L. FEAR | approved docket 545 | 3220-000 | | $1,294.38 | $739,698.98 |
| 12/23/2016 | 5017 | Brian L. Gwartz and Cheryl A. Skigin Co | distribution approved docket 546 as against secured claim | 4120-003 | | $490,000.00 | $249,698.98 |
| 12/23/2016 | 5017 | VOID: Brian L. Gwartz and Cheryl A. Skigin Co | | 4120-003 | | ($490,000.00) | $739,698.98 |
| 12/23/2016 | 5018 | Brian L. Gwartz and Cheryl A. Skigin Co | distribution approved docket 546 as against secured claim | 4120-003 | | $490,000.00 | $249,698.98 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,238.88 | $248,460.10 |
| 01/06/2017 | 5019 | International Sureties, LTD | 2017 Bond premium | 2300-000 | | $122.46 | $248,337.64 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $451.61 | $247,886.03 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $361.13 | $247,524.90 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $399.24 | $247,125.66 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $385.74 | $246,739.92 |
| 05/03/2017 | (53) | CHARLES SCHWAB for WEILERT | Compromise(prf/frd tsf) Settlement Proceeds | 1249-000 | $16,207.95 | | $262,947.87 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $385.18 | $262,562.69 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $377.46 | $262,185.23 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $389.48 | $261,795.75 |
| 08/22/2017 | (53) | MICHAEL WEILERT | Compromise(prf/frd tsf) Settlement Proceeds | 1249-000 | $9,642.05 | | $271,437.80 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $390.29 | $271,047.51 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $389.66 | $270,657.85 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $402.07 | $270,255.78 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $388.53 | $269,867.25 |
| 12/08/2017 | 5020 | FRANCHISE TAX BOARD | Michael Weilert -2014 2152466442 approved docket 622 | 2820-000 | | $251.38 | $269,615.87 |
| 12/08/2017 | 5021 | FRANCHISE TAX BOARD | Genevieve Montremare-2014 2152466443 approved docket 622 | 2820-000 | | $251.38 | $269,364.49 |
| 12/08/2017 | 5022 | FRANCHISE TAX BOARD | M & G Weilert Family, L. P. approved docket 622 | 2820-000 | | $4,699.00 | $264,665.49 |
| | | | **SUBTOTALS** | | $25,850.00 | $541,371.68 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 13-16155-B-7 | **Trustee Name:** James E. Salven |
| **Case Name:** | WEILERT, MICHAEL AND DE MONTREMARE, GENEVIEVE M. | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***1651 | **Checking Acct #:** ******6155 |
| **Co-Debtor Taxpayer ID #:** | **-***1652 | **Account Title:** |
| **For Period Beginning:** | 9/13/2013 | **Blanket bond (per case limit):** $1,000,000.00 |
| **For Period Ending:** | 12/21/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/21/2017 | 5023 | PETER L. FEAR | approved docket 624 | 3210-000 | | $22,236.00 | $242,429.49 |
| 12/21/2017 | 5024 | PETER L. FEAR | approved docket 624 | 3220-000 | | $653.87 | $241,775.62 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $395.21 | $241,380.41 |
| 01/15/2018 | 5025 | International Sureties, LTD | Bond Payment | 2300-000 | | $154.63 | $241,225.78 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $358.84 | $240,866.94 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $323.19 | $240,543.75 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $357.33 | $240,186.42 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $345.30 | $239,841.12 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $356.29 | $239,484.83 |
| 06/05/2018 | (51) | BERKLY INSURANCE COMPANY | Litigation settlement | 1249-000 | $400,000.00 | | $639,484.83 |
| 06/05/2018 | 5026 | Daniel B. Spitzer | approved docket 646 | 3210-600 | | $190,961.91 | $448,522.92 |
| 06/05/2018 | 5027 | Daniel B. Spitzer | approved docket 646 | 3220-610 | | $18,076.18 | $430,446.74 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $592.61 | $429,854.13 |
| 08/21/2018 | 5028 | PETER L. FEAR | final fee app approved Doc 671 | 3210-000 | | $15,189.00 | $414,665.13 |
| 08/21/2018 | 5029 | PETER L. FEAR | final fee app approved Doc 671 | 3220-000 | | $523.28 | $414,141.85 |
| 10/25/2018 | 5030 | CHRIS RATZLAFF | Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $23,337.00 | $390,804.85 |
| 10/25/2018 | 5031 | CHRIS RATZLAFF | Claim #: ; Distribution Dividend: 100.00; | 3420-000 | | $43.24 | $390,761.61 |
| 10/25/2018 | 5032 | James E. Salven | Trustee Compensation | 2100-000 | | $110,301.88 | $280,459.73 |
| 10/25/2018 | 5033 | James E. Salven | Trustee Expenses | 2200-000 | | $2,059.52 | $278,400.21 |
| 10/25/2018 | 5034 | Brian L. Gwartz and Cheryl A. Skigin Co | Claim #: 7; Distribution Dividend: 100.00; | 7100-000 | | $23,144.12 | $255,256.09 |
| 10/25/2018 | 5035 | Brian L. Gwartz and Cheryl A. Skigin Co | Claim #: 7; Distribution Dividend: 100.00; | 4220-000 | | $253,904.70 | $1,351.39 |
| 10/25/2018 | 5036 | Brian L. Gwartz | Claim #: 8; Distribution Dividend: 100.00; | 7100-000 | | $1,342.76 | $8.63 |
| 10/25/2018 | 5037 | Office of the United States Trustee | Claim #: 9; Distribution Dividend: 100.00; | 7100-000 | | $8.63 | $0.00 |
| | | | | **SUBTOTALS** | $400,000.00 | $664,665.49 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| **Case No.** | 13-16155-B-7 |
| **Case Name:** | WEILERT, MICHAEL  AND DE MONTREMARE,  GENEVIEVE M. |
| **Primary Taxpayer ID #:** | **-***1651 |
| **Co-Debtor Taxpayer ID #:** | **-***1652 |
| **For Period Beginning:** | 9/13/2013 |
| **For Period Ending:** | 12/21/2018 |

| | |
|---|---|
| **Trustee Name:** | James E. Salven |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******6155 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **TOTALS:** | | $2,244,990.27 | $2,244,990.27 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $16,051.41 | $0.00 | |
| | | **Subtotal** | | $2,228,938.86 | $2,244,990.27 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $2,228,938.86 | $2,244,990.27 | |

**For the period of  9/13/2013 to 12/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,852,264.63 |
| Total Non-Compensable Receipts: | $30,000.00 |
| Total Comp/Non Comp Receipts: | $2,882,264.63 |
| Total Internal/Transfer Receipts: | $16,051.41 |
| | |
| Total Compensable Disbursements: | $2,898,316.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2,898,316.04 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 01/23/2014 to 12/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,852,264.63 |
| Total Non-Compensable Receipts: | $30,000.00 |
| Total Comp/Non Comp Receipts: | $2,882,264.63 |
| Total Internal/Transfer Receipts: | $16,051.41 |
| | |
| Total Compensable Disbursements: | $2,898,316.04 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2,898,316.04 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-16155-B-7 | | Trustee Name: | James E. Salven |
| Case Name: | WEILERT, MICHAEL AND DE MONTREMARE, GENEVIEVE M. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1651 | | Checking Acct #: | ******6156 |
| Co-Debtor Taxpayer ID #: | **-***1652 | | Account Title: | |
| For Period Beginning: | 9/13/2013 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2013 | (46) | JUSTIN COOK | Rents | 1122-000 | $2,000.00 | | $2,000.00 |
| 10/17/2013 | (46) | JUSTIN COOK | nsf check. refer matter to counsel | 1122-000 | $2,000.00 | | $4,000.00 |
| 10/24/2013 | (47) | POPE MANAGEMENT | Rents | 1222-000 | $4,140.20 | | $8,140.20 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.23 | $8,136.97 |
| 11/05/2013 | (46) | DEP REVERSE: JUSTIN COOK | nsf check. refer matter to counsel | 1122-000 | ($2,000.00) | | $6,136.97 |
| 11/08/2013 | | POPE MANAGEMENT | Rent reduction due to house showings while on the market | * | $2,309.40 | | $8,446.37 |
| | {47} | | Rents   $2,795.00 | 1222-000 | | | $8,446.37 |
| | | | Mgt. fee   $(223.60) | 2420-000 | | | $8,446.37 |
| | | | Pest control   $(52.00) | 2420-000 | | | $8,446.37 |
| | | | Landscaping   $(210.00) | 2420-000 | | | $8,446.37 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.50 | $8,434.87 |
| 12/11/2013 | (47) | POPE MANAGEMENT | Rents | 1222-000 | $2,144.40 | | $10,579.27 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.28 | $10,563.99 |
| 01/10/2014 | | POPE MANAGEMENT | Rent reduction due to house showings while on the market | * | $2,309.40 | | $12,873.39 |
| | {47} | | Rents   $2,795.00 | 1222-000 | | | $12,873.39 |
| | | | Pope property mgt. fees   $(223.60) | 2420-000 | | | $12,873.39 |
| | | | Pest/Rat control   $(52.00) | 2420-000 | | | $12,873.39 |
| | | | landscaping   $(210.00) | 2420-000 | | | $12,873.39 |
| 01/13/2014 | 5001 | International Sureties, LTD | 2014 bond premium | 2300-000 | | $11.82 | $12,861.57 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.96 | $12,842.61 |
| 02/10/2014 | | POPE MANAGEMENT | Rent reduction due to house showings while on the market | * | $2,309.40 | | $15,152.01 |
| | {47} | | Rents   $2,795.00 | 1222-000 | | | $15,152.01 |
| | | | Pope Property Mgt.   $(223.60) | 2420-000 | | | $15,152.01 |
| | | | Rat control   $(52.00) | 2420-000 | | | $15,152.01 |
| | | | Landscaping   $(210.00) | 2420-000 | | | $15,152.01 |
| 02/26/2014 | 5002 | James Salven Trustee | case consolidated with individual case 13-16156. transfer funds | 9999-000 | | $15,152.01 | $0.00 |
| 03/11/2014 | | POPE MANAGEMENT | Rents | * | $899.40 | | $899.40 |
| | {47} | | $899.40 after expenses.   $2,795.00 | 1222-000 | | | $899.40 |
| | | | Management fees   $(223.60) | 2420-000 | | | $899.40 |
| | | | Pest/rat control   $(52.00) | 2420-000 | | | $899.40 |
| | | | Landscaping   $(210.00) | 2420-000 | | | $899.40 |
| | | | Yeates & Mendoza Roofing for roofing repairs/materials.   $(1,410.00) | 2420-000 | | | $899.40 |
| 03/18/2014 | | Transfer To: #******6155 | in wrong account | 9999-000 | | $899.40 | $0.00 |

| | | | SUBTOTALS | | $16,112.20 | $16,112.20 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-16155-B-7 | |
| **Case Name:** | WEILERT, MICHAEL AND DE MONTREMARE, | |
| | GENEVIEVE M. | |
| **Primary Taxpayer ID #:** | **-***1651 | |
| **Co-Debtor Taxpayer ID #:** | **-***1652 | |
| **For Period Beginning:** | 9/13/2013 | |
| **For Period Ending:** | 12/21/2018 | |

| | |
|---|---|
| **Trustee Name:** | James E. Salven |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******6156 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $16,112.20 | $16,112.20 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $16,051.41 | |
| **Subtotal** | $16,112.20 | $60.79 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $16,112.20 | $60.79 | |

**For the period of  9/13/2013 to 12/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $19,464.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,464.60 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,413.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,413.19 |
| Total Internal/Transfer Disbursements: | $16,051.41 |

**For the entire history of the account between 10/02/2013 to 12/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $19,464.60 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,464.60 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,413.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,413.19 |
| Total Internal/Transfer Disbursements: | $16,051.41 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No. | 13-16155-B-7 |
| Case Name: | WEILERT, MICHAEL  AND DE MONTREMARE, |
| | GENEVIEVE M. |
| **Primary Taxpayer ID #:** | **-***1651 |
| **Co-Debtor Taxpayer ID #:** | **-***1652 |
| **For Period Beginning:** | 9/13/2013 |
| **For Period Ending:** | 12/21/2018 |

| | |
|---|---|
| Trustee Name: | James E. Salven |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******6156 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,245,051.06 | $2,245,051.06 | $0.00 |

**For the period of 9/13/2013 to 12/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,871,729.23 |
| Total Non-Compensable Receipts: | $30,000.00 |
| Total Comp/Non Comp Receipts: | $2,901,729.23 |
| Total Internal/Transfer Receipts: | $16,051.41 |
| | |
| Total Compensable Disbursements: | $2,901,729.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,901,729.23 |
| Total Internal/Transfer Disbursements: | $16,051.41 |

**For the entire history of the case between  09/13/2013 to 12/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $2,871,729.23 |
| Total Non-Compensable Receipts: | $30,000.00 |
| Total Comp/Non Comp Receipts: | $2,901,729.23 |
| Total Internal/Transfer Receipts: | $16,051.41 |
| | |
| Total Compensable Disbursements: | $2,901,729.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,901,729.23 |
| Total Internal/Transfer Disbursements: | $16,051.41 |

/s/ JAMES E. SALVEN

JAMES E. SALVEN